AFM
F.# 2016R02228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ALEKSANDR ZHUKOV,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

CR 18-633 (ERK)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Alexander Mindlin, for an order unsealing the following search warrants in the above-captioned matter:

| Docket No. |
| --- |
| 17-M-229 |
| 18-M-1019 |

And upon the application of the same for an order effecting a limited unsealing of the following search warrants in the above-captioned matter:

| Docket No. |
| --- |
| 17-M-561 |
| 18-M-291 |
| 18-M-1019 |

WHEREFORE, it is ordered that the specified search warrants and underlying affidavit in the above-captioned matter be unsealed as set forth above.

Dated: Brooklyn, New York
August 2, 2019

_____
HONORABLE STEVEN L. TISCIONE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK